UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON G. ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-3300-DAD-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

On January 29, 2025, I screened plaintiff's complaint and dismissed it for failure to state a claim. ECF 4. I ordered plaintiff to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* To date, plaintiff has not complied with that order.[1]

The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."). A court may dismiss

---

[1] Plaintiff has filed various exhibits. ECF Nos. 5 & 6. These filings, however, cannot reasonably be construed as an amended complaint or otherwise responsive to the January 29 order.

1  an action based on a party's failure to prosecute an action, failure to obey a court order, or failure
2  to comply with local rules. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)
3  (dismissal for lack of prosecution and failure to comply with local rules).
4     I will give plaintiff a chance to explain why the court should not dismiss the case for his
5  failure to file an amended complaint. Plaintiff's failure to respond to this order will constitute
6  another failure to comply with a court order and will result in a recommendation that this action
7  be dismissed. Accordingly, plaintiff is ordered to show cause within fourteen days why this case
8  should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to
9  state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen
10 days, an amended complaint.

IT IS SO ORDERED.

Dated:   March 26, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2