UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON G. ADAMS,

Plaintiff,

v.

ROB BONTA, et al.,

Defendants.

Case No. 2:24-cv-3300-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. No. 9)

Plaintiff Brandon G. Adams filed the complaint initiating this civil rights action on November 26, 2024, and is proceeding *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On January 29, 2025, the assigned magistrate judge screened plaintiff's complaint, found it to be deficient and directed plaintiff to file an amended complaint addressing the noted pleading deficiencies within thirty (30) days. (Doc. No. 4.) Although plaintiff objected to that order (Doc. No. 5), plaintiff failed to file an amended complaint as directed. Accordingly, on March 26, 2025, the magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) why this action should not be dismissed due to his failure to prosecute, failure to comply with the court's orders and failure to state a cognizable claim. (Doc. No. 7.) On April 3, 2025, plaintiff filed an apparent objection to the order to show cause, indicating therein only that

he had not consented to magistrate judge jurisdiction.[1] (Doc. No. 8.) On July 30 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 9.)

The pending findings and recommendations were served on plaintiff by mail at his address of record[2] and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 23, 2025 (Doc. No. 9) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and abide by court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The assigned magistrate judge has issued findings and recommendation recommending the dismissal of this action. It is the undersigned district judge who is subjecting that recommendation to de novo review and, accordingly, plaintiff's consent to magistrate judge jurisdiction over this action is unnecessary.

[2] The court notes that the findings and recommendations were returned to the court by the U.S. Postal Service as "undeliverable, attempted – not known." Thus, it also appears that plaintiff has failed to keep the court apprised of any change in his address as required by the Local Rules of this court. *See* Local Rule 183(b).